

Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Suite 620
New York, NY 10006
Tel: (212) 248-7431
Fax: (212) 901-2107

November 1, 2018

*Via ECF*
Hon. Robert W. Lehrburger
U.S. Magistrate Judge
U.S. District Court (S.D.N.Y.)
500 Pearl St.
New York, NY 10007

Re: *Santos, et al. v. Blink Holdings Inc.*
      Case No. 18 cv 298 (SDNY)

*Letter Concerning Settlement*

Your Honor:

      This letter is being submitted, with the consent of Defendant's counsel, to respectfully request that the Court approve the settlement reached between the parties and so-order the attached fully executed Stipulation and Order of Final Dismissal with Prejudice, at Exhibit 2. By way of background, on January 12, 2018, Plaintiffs Jeury Santos and Isabella Torres (hereinafter "Plaintiffs") commenced an action against Defendant Blink Holdings, Inc. (hereinafter "Defendant") (Plaintiffs and Defendant shall be referred to collectively herein as "the Parties") alleging, inter alia, certain violations of the Fair Labor Standards Act ("FLSA"). (ECF #1.) Thereafter, the Parties engaged the Court to oversee a settlement conference, which took place on August 28, 2018, and over which Hon. Lehrburger presided.

      At the conclusion of this settlement conference, the Parties agreed to a settlement in principle, and memorialized said settlement in principle on the record (which was sealed for confidentiality purposes). Further, Hon. Lehburger instructed the Parties to file the fully-executed written settlement agreement disposing of all FLSA claims on the record, in fulfillment of the Parties obligation pursuant to *Cheeks v. Freeport Pancake House Inc. et al.*, 796 F.3d 199 (2d Cir. 2015).

      Thereafter, the Parties engaged in good-faith drafting of written settlement agreements, and said agreements became fully executed on October 11, 2018. Accordingly, attached hereto is the fully executed settlement agreement disposing of Plaintiffs' claims brought pursuant to the FLSA, at Exhibit 1. The Parties have additionally entered into a separate, confidential settlement agreement regarding the Plaintiffs' non-FLSA claims, the amounts of which aggregate to the total amounts to be paid to Plaintiffs as this total amount was represented to the Court at the

settlement conference on August 28, 2018.

The parties thank the Court for its attention to this matter.

Yours,

_____
Casey Wolnowski, Esq., *of counsel*
Erica Shnayder, Esq.
*Attorneys for Plaintiffs*
45 Broadway, Suite 620
New York, NY 10006
Ph: (212) 248-7431
Emails:casey@cjwfirm.com;
eshnayder@tpglaws.com