UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEURY SANTOS and ISABELLA TORRES, etc.,

                        Plaintiffs,

          - against -

BLINK HOLDINGS, INC., etc.,

                       Defendants.
------------------------------------------------------------------X

18 Civ. 298 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This case comes before the Court with respect to Plaintiffs' claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"). The parties' joint request that the Court approve their settlement agreement, a fully executed copy of which was submitted on November 1, 2018. A federal court is obligated to determine whether settlement of an FLSA case under the court's consideration is fair and reasonable and the subject of an arms-length negotiation, not an employer's overreaching. *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015).

       The Court has carefully reviewed the Settlement Agreement as well as the parties' letter. The Court has taken into account, without limitation, all prior proceedings in this action; the attendant risks, burdens, and costs associated with continuing the action; the range of possible recovery; whether the Settlement Agreement is the product of arm's length bargaining between experienced counsel or parties; and the possibility of fraud or collusion. Among other attributes of the Settlement Agreement, there are no confidentiality restrictions; there is no non-disparagement provision; the release is narrowly tailored to FLSA claims; and the attorneys' fees are within a fair and acceptable

Case 1:18-cv-00298-RWL   Document 39   Filed 11/01/18   Page 2 of 2

range.  Considering all the circumstances, the Court finds that the Settlement Agreement is fair and reasonable and hereby approved.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   November 1, 2018
         New York, New York

Copies transmitted to all counsel of record.