USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-1-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEURY SANTOS and ISABELLA TORRES, etc.,

                    Plaintiffs,

      - against -

BLINK HOLDINGS, INC., etc.,

                    Defendants.
------------------------------------------------------------X

18 Civ. 298 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This matter having been resolved, the case is hereby dismissed with prejudice in its entirety with no award of attorneys' fees or costs to any party.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     November 1, 2018
            New York, New York

Copies transmitted to all counsel of record.